UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK EDWARDS,

                Petitioner,

v.

UTTECHT,

                Respondent.

No. 3:20-CV-5006-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # ], recommending denial of Petitioner §2254 habeas petition, and dismissal with prejudice. Petitioner has not objected.

(1)     The Report and Recommendation is **ADOPTED**;

(2)     Petitioner's §2254 habeas petition is **DISMISSED** with prejudice;

(3)     For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability and any request for *in forma pauperis* on appeal is denied.

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

IT IS SO ORDERED.

**DATED** this 12th day of June, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1